JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WARR,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DEBBIE ASUNCION, et al.,<br><br>　　　　Defendants. | ) Case No. CV 17-7219-FMO (SP)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

　　　Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

　　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: July 17, 2018

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE